ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 26 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Barry Wallace
_____
Plaintiff

3:24-CV-46-HTW-LGI

v.

CASE NO. N/A

Hinds County Ms.
_____
Defendant

**PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT**

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Barry Christopher Wallace

   B. Name under which sentenced: N/A

   C. Inmate identification number: 77 000 98 638

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): TCCF 19351 US Highway 49 N Tutwiler, MS 38963

   E. Place of confinement: 1450 County Farm Rd Raymond MS

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Hinds County

   Title (Superintendent, Sheriff, etc.): Tyree Jones

   Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd Raymond MS

NO MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 2

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____  C. Docket No.: _____

   D. Judge's Name: _____  E. Date suit filed: _____

   F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☐ Yes ☑ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☐ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

The grievance system was down and hinds County denied me the process of putting in a grievance. I was jumped on beaten and stabbed by several inmates on A1 in t-pod July 11, 2018 due to the doors being broken and several inmates ran in and harmed me.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I never got the opportunity to put in a grievance

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

   I was denied the process

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

1. I was Jumped on and Stabbed by Several Inmates in July 11 2018 in A-pod A1 they ran into my cell that didn't lock because it was broken and beat me for Several minutes an Stabbed me in the head

2. I Slept in A3 on A-pod on the floor out on the Zone because I was told by the inmates I had to buy a cell to get in one from Oct 2022 until Nov 2023

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 5

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I want my Case with hinds County dropped and $100,000

This Complaint was executed at (location): Tallahatchie County Correctional Facility
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 1/24/24

Barry Wallace
Plaintiff's Signature

14-5A p1

# INFORMAL RESOLUTION

**To be completed by inmate/resident:**

Date: 1/23/24

Name (Print): Wallace Barry
 Last Name First Name Middle Initial

Number: 770098638   HOUSING ASSIGNMENT: H-18 Cell 105

Description of issue, problem, and solution you suggest:

On Above Date I, Barry Wallace seeking a 1983 on the behalf of me + the Hinds County conditions of the confinement of the jail I'm wish to pursue with the Supreme Court with the Southern District.

Attach additional pages, if necessary.

**FOR STAFF USE ONLY:**

Date received from inmate/resident: _____

Name of staff member completing informal resolution process: _____

Date response due to inmate/resident: _____

Date and time initial meeting held with the inmate/resident: _____

Additional information received from initial meeting:

Names of staff members involved with the inmate/resident's issue:

Distribution:
Original: Facility
Copy: Inmate/Resident

01/09

