IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BARRY CHRISTOPHER WALLACE**                                                                 **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO.: 3:24-cv-46-HTW-LGI**

**HINDS COUNTY and TYREE JONES**                                                  **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation [Docket No. 30] of United States Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed July 9, 2025, Magistrate Judge Isaac recommended the Plaintiff's, Barry Christopher Wallace ("Wallace"), petition be dismissed without prejudice for Wallace's "failure to prosecute and obey Orders of the Court." [Docket No. 30]. Magistrate Judge Isaac directed Wallace to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation [30], this Court agrees with Magistrate Judge Isaac that Wallace failed to file a Notice of Change of Address with the Clerk of Court, failed to respond to two Show Cause Orders [28] [29], and failed to prosecute this matter. Magistrate Judge Isaac recommended therefore dismissal of this case without prejudice, under Rule 41(b)[1]. This Court agrees with the Magistrate Judge as the Order of this Court.

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITHOUT PREJUDICE.**

---

[1] *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as a adjudication on the merits.").

IT IS, FUTHER ORDERED that, the Defendant's, Hinds County and Tyree Jones, *Motion for Judgment on the Pleadings* **[Docket No. 26]** is **DENIED as moot**.

**SO ORDERED this the 30th day of July 2025.**


                                        **/s/HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT COURT JUDGE**